# EXHIBIT "A"

## DECLARATION OF KENDRA PETTWAY IN SUPPORT OF NOTICE OF REMOVAL

I, Kendra Pettway, attest to the truth of the facts stated herein.

1. My name is Kendra Pettway and I am over the age of 18 and in all aspects competent and qualified to make this Declaration.

2. The information contained herein in is based on my personal knowledge and/or information obtained by me from the records maintained by Walmart Inc. in its regular course of business including Dionne Williams's payroll information.

3. I am a citizen of the State of Florida.

4. I am currently employed at the People Lead at Walmart store 3625 located at 3001 N. State Road 7, Lauderdale Lakes, Florida 33313.

5. At the time of Dionne Williams's May 25, 2019 separation from employment from Walmart, her rate of pay was $11.73 per hour.

6. Dionne Williams was a full-time associate working approximately 40 hours per week.

Under penalties of perjury under the laws of the United States, I declare that I have read the foregoing declaration and the facts stated in it are true to the best of my knowledge, information and belief.

Dated: 03/04/2021

/s/ Kendra Pettway
Name: Kendra Pettway
Title: People Lead