# COMPOSITE EXHIBIT "B"

# BRENDA D. FORMAN
## CLERK OF THE COURTS
brovardclerk.org ■ BROWARD COUNTY, FLORIDA



Menu ☰

**Is your court hearing being held via Zoom? Learn more about Remote Court Hearings by Zoom (/GeneralInformation/Miscellaneous#RemoteHearingsbyZoom)**

# Case Detail - Public

🖨 Print

## Dionne Williams Plaintiff vs. Walmart Associates Inc Defendant

**Broward County Case Number:** CACE21002065
**State Reporting Number:** 062021CA002065AXXXCE
**Court Type:** Civil
**Case Type:** Other - Discrimination Employment or Other
**Incident Date:** N/A
**Filing Date:** 01/29/2021
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 03 Lopane, Nicholas

### — Party(ies)

Total: 2

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Williams, Dionne** | | ★ Regueiro, Rainier, ESQ. Retained Bar ID: 115578 Remer & Georges-pierre, PLLC 44 W Flagler St Ste 2200 Miami, FL 33130-6807 **Status: Active** |



| Party Type | Party Name | Address | Attorneys / Address |
| --- | --- | --- | --- |
| | | ❓ Address | ★ Denotes Lead Attorney |
| Defendant | **Walmart Associates Inc** | | ★ Manzo, Christine M<br>Retained<br>Bar ID: 52121<br>Liebler, Gonzalez & Portuondo<br>Courthouse Tower, 25th Floor<br>44 West Flagler Street<br>Miami, FL 33130<br>**Status: Active** |

## − Disposition(s)

Total: 0

| Date | Statistical Closure(s) | | |
| --- | --- | --- | --- |

| Date | Disposition(s) | View | Page(s) |
| --- | --- | --- | --- |

## − Event(s) & Document(s)

Total: 8

| Date | Description | Additional Text | View | Pages |
| --- | --- | --- | --- | --- |
| 03/01/2021 | **Order Extending Time** | DEFT /GRANTED | 📄 | 2 |
| 02/25/2021 | **Motion for Extension of Time** | DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br>Party: *Defendant* Walmart Associates Inc | 📄 | 2 |
| 02/16/2021 | **Notice of Appearance** | Party: *Defendant* Walmart Associates Inc | 📄 | 2 |
| 02/16/2021 | **Notice of Filing Designation of Emailing Addresses** | Party: *Defendant* Walmart Associates Inc | 📄 | 2 |
| 02/01/2021 | **Search for prior case performed per 2020-4-Civ-UFC-CO** | NONE | 📄 | 1 |
| 01/29/2021 | **Civil Cover Sheet** | Amount: $100,001.00 | 📄 | 3 |
| 01/29/2021 | **Complaint (eFiled)** | | 📄 | 8 |



| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 01/29/2021 | **eSummons Issuance** | WAL-MART ASSOCIATES, INC | 📄 | 1 |

| Hearing(s) | Total: 0 |
|---|---|

> **There is no Disposition information available for this case.**

| Related Case(s) | Total: 0 |
|---|---|

> **There is no related case information available for this case.**

# Brenda D. Forman

## Clerk of Court

Broward County

17th Judicial Circuit

MORE ABOUT THE CLERK (/ABOUTUS/ABOUTTHEOFFICE#ABOUTTHECLERK)                    ›

 (https://www.facebook.com/browardclerkofcourts/)

## Connect with Us

COURTHOUSE LOCATIONS (/ABOUTUS/HOURSANDLOCATIONS#COURTHOUSELOCATIONS)                    ›

CONTACT US (/ABOUTUS/ABOUTTHEOFFICE#CONTACTUS)                    ›

DISCLAIMER AGREEMENT (/GENERALINFORMATION/MISCELLANEOUS#DISCLAIMERAGREEMENT)                    ›

CLERK DIRECTORY (/ABOUTUS/HOURSANDLOCATIONS#CLERKDIRECTORY)                    ›

TELL US WHAT YOU THINK (/MISCELLANEOUS/CLERKSURVEYS)                    ›

## Accessibility & Support

ADA NOTICE (/GENERALINFORMATION/MISCELLANEOUS#ADA)                    ♿

PRINT                    🖨

FREQUENTLY ASKED QUESTIONS (HTTPS://WWW.BROWARDCLERK.ORG//WEB2/CASESEARCHECA/FREQUENTQUESTIONS/)

GLOSSARY OF TERMS (HTTPS://WWW.BROWARDCLERK.ORG//WEB2/CASESEARCHECA/GLOSSARY/)                    ⌃

# Main Courthouse Location

201 SE 6th Street

Fort Lauderdale
Florida, US 33301
Phone: (954) 831-6565

PUBLIC RECORDS CUSTODIAN (/GENERALINFORMATION/MISCELLANEOUS#PUBLICRECORDSCUSTODIAN) › *PURSUANT TO 119.12(2), F.S.*

PUBLIC ACCESS TO JUDICIAL RECORDS (/GENERALINFORMATION/MISCELLANEOUS#JUDICIALRECORDRULE) › *PURSUANT TO RULE 2.420*

Under Florida law, email addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to this entity.

Instead, contact this office by phone or in writing.

© 2021 - All rights reserved

 **CT Corporation**

**Service of Process Transmittal**
02/08/2021
CT Log Number 539012145

**TO:**  Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:**  **Process Served in Florida**

**FOR:**  Wal-Mart Associates, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Williams Dionne, Pltf. vs. Wal-Mart Associates, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Broward County Circuit Court, FL<br>Case # CACE21002065 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination - 05/25/2019 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/08/2021 at 01:01 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Rainier Regueiro<br>Remer & Georges-Pierre, PLLC<br>44 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>561-225-1970 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/08/2021, Expected Purge Date: 02/13/2021<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:**                                Mon, Feb 8, 2021

**Server Name:**                         George Thompson


Entity Served                            WAL-MART ASSOCIATES, INC.

Agent Name                               C T CORPORATION SYSTEM

Case Number                              CACE21002065

Jurisdiction                             FL



Case Number: CACE-21-002065 Division: 03

Filing # 120491081 E-Filed 01/29/2021 01:00:31 PM

Case 0:21-cv-60535-KMM   Document 2-3   Entered on FLSD Docket 03/09/2021   Page 8 of 28

2/9/2021
8:55am
1571
SD.

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

Case No.:

DIONNE WILLIAMS,

     Plaintiff,

v.

WAL-MART ASSOCIATES, INC.,

     Defendant.

_____/

## SUMMONS IN A CIVIL CASE

**TO: WAL-MART ASSOCIATES, INC** through its Registered Agent:
C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

**YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY**
RAINIER REGUEIRO, ESQ.
REMER & GEORGES-PIERRE, PLLC.
COURTHOUSE TOWER
44 WEST FLAGLER STREET
SUITE 2200
MIAMI, FL. 33130

An answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| | FEB 01 2021 |
|---|---|
| CLERK | DATE |



(BY) DEPUTY

**BRENDA D. FORMAN**

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

Case No.:

DIONNE WILLIAMS,

      Plaintiff,

v.

WAL-MART ASSOCIATES, INC.,

      Defendant.

_____/

## **COMPLAINT**

COMES NOW Plaintiff, **DIONNE WILLIAMS** Plaintiff"), by and through the undersigned counsel, and hereby sues Defendant, **WAL-MART ASSOCIATES, INC.**, ("Defendant"), and alleges as follows:

1. This is an action by the Plaintiff for damages exceeding $30,000 excluding attorneys' fees or costs pursuant to the Florida Civil Rights Act of 1992, Florida Statutes, Chapter 760, *et seq.* ("FCRA") to redress injuries resulting from Defendant's unlawful sex and gender discriminatory treatment, sexual harassment, and retaliation of Plaintiff.

2. At all times material hereto, Plaintiff was a resident of Broward County, Florida.

3. Defendant is a Florida Profit Corporation authorized to conduct business in the State of Florida.

4. Venue is proper in the 17th Judicial Circuit in and for Broward County, Florida because all of the actions that form the basis of this Complaint occurred within Broward County.

## **FACTUAL ALLEGATIONS COMMON TO ALL COUNTS**

5. Plaintiff began working for the Defendant on or about August 9, 2018 as a Sales Associate.

6. Plaintiff was discriminated against by her employer WAL-MART ASSOCIATES. INC. through Assistant Store Manager. Marieli (LNU) based on her gender and in retaliation of her complaints of sexual harassment.

7. Plaintiff is a female and is a protected class under the FCRA

8.  Throughout her employment, plaintiff's work has always been exemplary and she has proven herself as an exceptional and professional employee.

9. On or about March 27. 2019, Plaintiff was assigned to help in the produce department.

10. Plaintiff proceeded to the back of the store in order to put a cart away.

11. At this time, one of the Managers of the Frozen department, Kurchane Pinnock (male), was in the back as

12. Pinnock came up to plaintiff, grabbed her by my arm and touched her on her inner thigh in between her legs.

13. Plaintiff immediately asked "What the fuck are you doing?" to which Mr. Pinnock replied. "1 thought we were cool."

14. Plaintiff complained to Marieli about the events that transpired and was asked for statements from herself and any witnesses that were present,

15. On or about March 28, 2019, Plaintiff returned to work and gave her statement

16. Mr. Pinnock was still working in the store even after plaintiff's complaints of sexual harassment.

17. On or about March 29, 2019, plaintiff reported the incident to the police and made a police report.

18. On or about April 2, 2019. Mr. Pinnock was arrested.

19. On or about May 25, 2019, plaintiff was terminated from the company due to baseless reasons referring attendance.

20. Plaintiff feels that this was a mere pretext reason to terminate her based on her complaints of gender discrimination and sexual harassment.

21. Throughout the duration of Plaintiff's employment, she was able to perform the essential functions of her job duties and responsibilities.

22. At all relevant times Plaintiff performed her job at satisfactory or above-satisfactory levels.

23. Plaintiff filed a timely charge of employment discrimination on June 17, 2019 with the Equal Employment Opportunity Commission, the agency which is responsible for investigating claims of employment discrimination.

## COUNT I
### Sex Discrimination in Violation of the FCRA

24. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1-23 above as if set out in full herein.

25. Plaintiff is a member of a protected class under the FCRA.

26. By the conduct describe above, Defendants have engaged in discrimination against Plaintiff because of Plaintiff's sex and subjected the Plaintiff to sex-based animosity.

27. Such discrimination was based upon the Plaintiff's sex in that Plaintiff would not have been the object of discrimination but for the fact that Plaintiff is a female.

28. Defendants' conduct complained of herein was willful and in disregard of Plaintiff's

protected rights. Defendants and their supervisory personnel were aware that discrimination on the basis of sex was unlawful but acted in reckless disregard of the law.

29. At all times material hereto, the employees exhibiting discriminatory conduct towards Plaintiff possessed the authority to affect the terms, conditions, and privileges of Plaintiff's employment with the Defendants.

30. Defendants retained all employees who exhibited discriminatory conduct toward the Plaintiff and did so despite the knowledge of said employees engaging in discriminatory actions.

31. As a result of Defendants' actions, as alleged herein, Plaintiff has been deprived of rights, has been exposed to ridicule and embarrassment, and has suffered emotional distress and damage.

32. The conduct of Defendants, by and through the conduct of its agents, employees, and/or representatives, and the Defendant's failure to make prompt remedial action to prevent continued discrimination against the Plaintiff, deprived the Plaintiff of statutory rights under federal law.

33. The actions of the Defendants and/or its agents were willful, wanton, and intentional, and with malice or reckless indifference to the Plaintiff's statutorily protected rights, thus entitling Plaintiff to damages in the form of compensatory and punitive damages pursuant to state and federal law, to punish the Defendants for their actions and to deter them, and others, from such action in the future.

34. Plaintiff has suffered and will continue to suffer both irreparable injury and compensable damages as a result of Defendants' discriminatory practices unless and until this Honorable Court grants relief.

## COUNT II
### *Sexual Harassment in Violation of the FCRA*

35. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1-23 of this complaint as if set out in full herein.

36. Plaintiff is a member of a protected class under the FCRA.

37. As part of its protections, the FCRA prohibits sexual harassment.

38. The conduct to which Plaintiff was subjected was severe, pervasive, physically threatening, humiliating, and unreasonably interfered with Plaintiff's work performance in violation of the FCRA.

39. The harassing conduct to which Plaintiff was subjected was perpetrated against her as a result of her gender, and constituted actionable sexual harassment.

40. Plaintiff rejected Defendant's sexual advances.

41. Defendants' alleged bases for the adverse conduct against Plaintiff are pretextual and asserted only to cover up the harassing, discriminatory, and retaliatory nature of their conduct.

42. As a result of the sexually harassing conduct to which Plaintiff was subjected and the adverse employment actions suffered by Plaintiff related thereto, Plaintiff has experienced and will continue to experience significant financial and economic loss in the form of lost wages and lost benefits.  Plaintiff has also experienced and will continue to experience emotional anguish, pain and suffering and loss of dignity damages.

## COUNT III
### *Retaliation in Violation of the FCRA*

43. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1-23 of this complaint as if set out in full herein.

44. Plaintiff is a member of a protected class under the FCRA.

45. By the conduct describe above, Defendants retaliated against Plaintiff for exercising rights protected under the FCRA.

46. Defendants' conduct complained of herein was willful and in disregard of Plaintiff's protected rights. Defendants and its supervisory personnel were aware that discrimination on the basis of gender was unlawful but acted in reckless disregard of the law.

47. As a result of Defendants' actions, as alleged herein, Plaintiff has been deprived of rights, has been exposed to ridicule and embarrassment, and has suffered emotional distress and damage.

48. The conduct of Defendants, by and through the conduct of its agents, employees, and/or representatives, and Defendants' failure to make prompt remedial action to prevent continued discrimination against the Plaintiff, deprived the Plaintiff of statutory rights under federal law.

49. The actions of the Defendants and/or its agents were willful, wanton, and intentional, and with malice or reckless indifference to the Plaintiff's statutorily protected rights, thus entitling Plaintiff to damages in the form of compensatory damages pursuant to federal law, to punish the Defendants for its actions and to deter it, and others, from such action in the future.

50. Plaintiff has suffered and will continue to suffer both irreparable injury and compensable damages as a result of Defendants' retaliatory practices unless and until this Honorable Court grants relief.

**WHEREFORE**, Plaintiffs respectfully prays for the following relief against Defendants:

    a. Adjudge and decree that Defendants have violated the FCRA, and have done so willfully, intentionally, and with reckless disregard for Plaintiff's rights;

b.   Enter a judgment requiring that Defendants pay Plaintiff appropriate back pay, benefits' adjustment, and prejudgment interest at amounts to be proved at trial for the unlawful employment practices described herein;

c.   Enter an award against Defendants and award Plaintiff compensatory damages for mental anguish, personal suffering, and loss of enjoyment of life;

d.   Require Defendants to reinstate Plaintiff to the position at the rate of pay and with the full benefits Plaintiff would have had Plaintiff not been discriminated against by Defendants, or in lieu of reinstatement, award front pay;

e.   Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

f.   Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

## JURY DEMAND

Plaintiff demands trial by jury of all issues triable as of right by jury.

Dated: January 29, 2020                    Respectfully submitted,

                                           /s/Rainier Regueiro
                                           Rainier Regueiro, Esq.
                                           Florida Bar Number: 115578
                                           **REMER & GEORGES-PIERRE, PLLC**
                                           44 WEST FLAGER STREET, SUITE 2200
                                           Miami, Florida 33130
                                           Telephone: (561) 225-1970
                                           Facsimile: (305) 416-5005

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I.    **CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

<u>Dionne Williams</u>
Plaintiff                                             Case # _____
                                                      Judge _____

vs.
<u>WAL MART ASSOCIATES  INC</u>
Defendant

II.    **AMOUNT OF CLAIM**
Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

III.    **TYPE OF CASE**      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 01/29/2021 01:00:04 PM.****

## CIRCUIT CIVIL

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
  ☐ Business governance
  ☐ Business torts
  ☐ Environmental/Toxic tort
  ☐ Third party indemnification
  ☐ Construction defect
  ☐ Mass tort
  ☐ Negligent security
  ☐ Nursing home negligence
  ☐ Premises liability—commercial
  ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
  ☐ Commercial foreclosure
  ☐ Homestead residential foreclosure
  ☐ Non-homestead residential foreclosure
  ☐ Other real property actions

☐ Professional malpractice
  ☐ Malpractice—business
  ☐ Malpractice—medical
  ☐ Malpractice—other professional
☒ Other
  ☐ Antitrust/Trade regulation
  ☐ Business transactions
  ☐ Constitutional challenge—statute or ordinance
  ☐ Constitutional challenge—proposed amendment
  ☐ Corporate trusts
  ☒ Discrimination—employment or other
  ☐ Insurance claims
  ☐ Intellectual property
  ☐ Libel/Slander
  ☐ Shareholder derivative action
  ☐ Securities litigation
  ☐ Trade secrets
  ☐ Trust litigation

## COUNTY CIVIL

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

# COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

  3

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Rainier Regueiro            Fla. Bar # 115578
        Attorney or party                 (Bar # if attorney)

Rainier Regueiro                01/29/2021
  (type or print name)             Date

**IN THE CIRCUIT COURT OF THE 17ᵀᴴ JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY, FLORIDA**

Case No:_____ Cace 21· 2005

## Dionne Williams
Plaintiff

Judge Division:_____ D3 _____

VS

## Walmart Associates Inc
Defendant

### CLERK'S CERTIFICATE OF COMPLIANCE

I hereby certify that pursuant to Administrative Order, No. 2020–73–Civ/
2020–74–UFC:

**"ADMINISTRATIVE ORDER DIRECTING CLERK OF COURTS WITH REGARD TO
DISMISSED CIVIL OR FAMILY CASES",**

The Clerk has conducted a search for all previous existing civil cases related to
these two parties.

Listed below are all the aforementioned related cases:   *None*



Brenda D. Forman
Circuit and County Courts

By: _____ *KB* _____

**Deputy Clerk**

Filing # 121490636 E-Filed 02/16/2021 04:23:58 PM

**IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA**
*(CIVIL DIVISION)*

DIONNE WILLIAMS,                                    CASE NO.: CACE-21-002065

                Plaintiff,

v.

WAL-MART ASSOCIATES, INC.,

                Defendant.

_____/

**DESIGNATION OF E-MAIL ADDRESSES PURSUANT TO RULE 2.516**

The undersigned law firm hereby designates, pursuant to Rule 2.516, the following e-mail

address for the purpose of service of all documents required to be served pursuant to Rule 2.516

in this proceeding:

Primary E-Mail Address:    service@lgplaw.com

Secondary E-Mail Addresses: cmm@lgplaw.com    cr@lgplaw.com    ars@lgplaw.com

                      crpa@crlaborlawfirm.com

                            Respectfully submitted,

                            **LIEBLER, GONZALEZ & PORTUONDO**
                            *Attorneys for Defendant*
                            Courthouse Tower - 25th Floor
                            44 West Flagler Street
                            Miami, FL 33130
                            (305) 379-0400
                            service@lgplaw.com

        By:    */s/ Christine M. Manzo*
                    CHRISTINE M. MANZO
                    Florida Bar No. 52121
                    CARMEN RODRIGUEZ
                    Florida Bar No. 710385
                    Law Offices of Carmen Rodriguez, P.A.
                    *of Counsel Liebler, Gonzalez & Portuondo*
                    crpa@crlaborlawfirm.com

CASE NO.: CACE-21-002065

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this <u>16th</u> day of February, 2021, I electronically filed the foregoing with the Clerk of Courts by using the Florida Courts E-filing Portal which will send a notice of electronic filing to the following: **Rainier Regueiro, Esq.** (<u>rregueiro@rgpattorneys.com</u>),   Remer & Georges-Pierre, PLLC, *Attorneys for Plaintiff*, 44 West Flagler Street, Suite 2200, Miami, FL 33130.

*/s/ Christine M. Manzo*
CHRISTINE M. MANZO

Filing # 121490636 E-Filed 02/16/2021 04:23:58 PM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA
*(CIVIL DIVISION)*

DIONNE WILLIAMS,                              CASE NO.: CACE-21-002065

    Plaintiff,

v.

WAL-MART ASSOCIATES, INC.,

    Defendant.

_____/

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that the law firm LIEBLER, GONZALEZ & PORTUONDO**,**

enters its appearance as counsel for WAL-MART ASSOCIATES, INC., in these proceedings. All

parties are requested to take notice of the appearance of undersigned counsel and to serve all copies

of any and all motions, orders, pleadings, papers, reports, and/or documents of any kind or nature

upon the undersigned counsel.

    DATED: February 16, 2021.

        Respectfully submitted,

        **LIEBLER, GONZALEZ & PORTUONDO**
        *Attorneys for Defendant*
        Courthouse Tower - 25th Floor
        44 West Flagler Street
        Miami, FL 33130
        (305) 379-0400
        service@lgplaw.com

    By:  */s/ Christine M. Manzo*
        CHRISTINE M. MANZO
        Florida Bar No. 52121
        CARMEN RODRIGUEZ
        Florida Bar No. 710385
        Law Offices of Carmen Rodriguez, P.A.
        *of Counsel Liebler, Gonzalez & Portuondo*
        crpa@crlaborlawfirm.com

CASE NO.: CACE-21-002065

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of February, 2021, I electronically filed the foregoing with the Clerk of Courts by using the Florida Courts E-filing Portal which will send a notice of electronic filing to the following: **Rainier Regueiro, Esq.** (rregueiro@rgpattorneys.com),  Remer & Georges-Pierre, PLLC, *Attorneys for Plaintiff*, 44 West Flagler Street, Suite 2200, Miami, FL 33130.

/s/ Christine M. Manzo
CHRISTINE M. MANZO

**IN THE CIRCUIT COURT OF THE**
**17TH JUDICIAL CIRCUIT IN AND FOR**
**BROWARD COUNTY, FLORIDA**
*(CIVIL DIVISION)*

DIONNE WILLIAMS,                                         CASE NO.: CACE-21-002065

                    Plaintiff,

v.

WAL-MART ASSOCIATES, INC.,

                    Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, WAL-MART ASSOCIATES, INC ("Defendant"), through undersigned counsel, respectfully requests the Court to enter an order extending the time allowed for Defendant to respond to Plaintiff's Complaint, and states as grounds:

Defendant was served on or about February 8, 2021. Defendant's response to the Complaint is due on March 1, 2021. In order to evaluate the factual allegations stated in the Complaint, research its records, and determine the circumstances involved, Defendant requires additional time to file its response to the Complaint.

The foregoing motion is filed in good faith and not for dilatory or other improper purpose.

Undersigned counsel conferred with Plaintiff's counsel regarding the relief requested herein and Plaintiff does not object.

WHEREFORE, Defendant WAL-MART ASSOCIATES, INC. respectfully requests that this Court enter an order granting it a thirty (30) day extension of time to respond to the Complaint, as well as any other further relief that this Court may deem just and proper.

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130    (305) 379-0400

CASE NO.: CACE 21-002065

Respectfully submitted,

**LIEBLER, GONZALEZ & PORTUONDO**
*Attorneys for Defendant*
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
(305) 379-0400
service@lgplaw.com

By:     */s/ Christine M. Manzo*
        CHRISTINE M. MANZO
        Florida Bar No. 52121
        CARMEN RODRIGUEZ
        Florida Bar No. 710385
        Law Offices of Carmen Rodriguez, P.A.
        *of Counsel Liebler, Gonzalez & Portuondo*
        crpa@crlaborlawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 25th  day of February, 2021, I electronically filed the foregoing with the Clerk of Courts by using the Florida Courts E-filing Portal which will send a notice of electronic filing to the following: **Rainier Regueiro, Esq.** (rregueiro@rgpattorneys.com), Remer & Georges-Pierre, PLLC, *Attorneys for Plaintiff*, 44 West Flagler Street, Suite 2200, Miami, FL 33130.

        */s/ Christine M. Manzo*
        CHRISTINE M. MANZO

**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT**
**IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO. <u>CACE21002065</u>   DIVISION <u>03</u>   JUDGE <u>Nicholas Lopane</u>

**Dionne Williams**

Plaintiff(s) / Petitioner(s)

v.

**Walmart Associates Inc**

Defendant(s) / Respondent(s)

_____/

## AGREED ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

THIS CAUSE having come before the Court upon Defendant WAL-MART ASSOCIATES, INC.'s Unopposed Motion for Extension of Time to Respond to the Complaint (the "Motion") and the Court, having reviewed the Motion, being advised that the parties are in agreement and being otherwise advised of the premises, hereby **ORDERS** and **ADJUDGES** that:

1.       The Motion is hereby **GRANTED**.

2.       Defendant shall have until March 30, 2021 to respond to the Complaint.

**DONE** and **ORDERED** in Chambers, at Broward County, Florida on <u>03-01-2021</u>.

CACE21002065 03-01-2021 8:21 AM

<u>CACE21002065 03-01-2021 8:21 AM</u>
Hon. Nicholas Lopane
**CIRCUIT JUDGE**
Electronically Signed by Nicholas Lopane

**Copies Furnished To:**
Carmen Rodriguez , E-mail : crpa@crlaborlawfirm.com
Carmen Rodriguez , E-mail : cr@lgplaw.com
Christine M Manzo , E-mail : SERVICE@LGPLAW.COM
Christine M Manzo , E-mail : ars@lgplaw.com
Christine M Manzo , E-mail : CMM@LGPLAW.COM
Nicholas G. Neville , E-mail : kfm@lgplaw.com

Nicholas G. Neville , E-mail : sgs@lgplaw.com
Nicholas G. Neville , E-mail : ngn@lgplaw.com
Rainier Regueiro , E-mail : aziani@rgpattorneys.com
Rainier Regueiro , E-mail : gcellini@rgpattorneys.com
Rainier Regueiro , E-mail : rregueiro@rgpattorneys.com